DALE CARPENTER, Appellant, v. BENJAMIN F. WITBECK,
Respondent.

*Corporations — officers — fraud — action to recover from treasurer of
bankrupt corporation, personally, amount paid for note or bond of
corporation.*

*Carpenter v. Witbeck,* 219 App. Div. 749, affirmed.
(Submitted October 13, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 6, 1927, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court at a Trial Term without a jury. The
action was brought to recover the amount paid by plaintiff
for a note or bond of the Robert H. Reid Pulp and Lumber
Corporation, since become bankrupt, of which defendant
was at one time treasurer. It was sought to hold the
defendant personally liable on the theories of fraud, con-
structive fraud, negligence and a violation of section 61
of the Stock Corporation Law.

*J. S. Carter* for appellant.

*George J. Hatt, 2d,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

EMIL LASKI, Respondent, v. STATE OF NEW YORK,
Respondent, and INDUSTRIES DEVELOPMENT CORPORA-
TION et al., Appellants, Impleaded with Others.

*Lien — foreclosure — action to foreclose lien for materials furnished and
used in public improvement — priority of claims against moneys due
and payable by State under contract.*

*Laski v. State of New York,* 217 App. Div. 420, affirmed.
(Argued October 13, 1927; decided October 28, 1927.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the third judicial